UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Erik Flores Aburto,<br><br>Defendant. | Case No.: 22-CR-01368-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

Upon joint application of the parties and **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT:**

The motion hearing/trial setting presently set for July 29, 2022 shall be continued to September 30, 2022 at 1:30 p.m. Defendant shall file an acknowledgment of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: July 22, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

22-CR-01368-JLS